464

GROVES *et al. v.* HICKS, superintendent, *et al.*

BECK, P. J.   The superior court is without authority, after the expiration of the term at which the remittitur containing a judgment of the Supreme Court is made the judgment of the trial court, to pass an order in vacation setting aside the judgment.

*Judgment affirmed. All the Justices concur.*

No. 10072.   SEPTEMBER 17, 1934.

*G. C. Bidgood* and *R. Earl Camp,* for plaintiffs.
*L. L. Porter* and *Burch & Daley,* for defendants.